UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.,

*Plaintiffs*,

v.

CONSUMER FINANCIAL
PROTECTION BUREAU, et al.,

*Defendants*.

Case No. 25-cv-458-ABA

## [PROPOSED] ORDER GRANTING
## MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants and all of their officers, employees, and agents are **ENJOINED** from taking any steps to defund the Consumer Financial Protection Bureau, including by transferring the Bureau's reserve funds or otherwise using them for a purpose other than the operation of the Bureau; it is further

**ORDERED** that Defendants shall file a notice with the Court on or before [DATE] confirming their compliance with this Order; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706.

**SO ORDERED**.

2

Dated:  February \_\_\_\_, 2025

_____
THE HON. ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE