UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00458-ABA |

## NOTICE OF APPEARANCE

Please enter the appearance of Brad P. Rosenberg, U.S. Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in this case.

Dated: February 13, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*