UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.,

*Plaintiffs*,

v.

CONSUMER FINANCIAL
PROTECTION BUREAU, et al.,

*Defendants*.

Case No. 25-cv-458-ABA

# [PROPOSED] ORDER GRANTING
# JOINT MOTION FOR BRIEFING SCHEDULE

Upon consideration of the parties' joint motion for briefing schedule, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this Court shall construe Plaintiffs' motion for a temporary restraining order (ECF 8) as one for preliminary injunction; it is further

**ORDERED** that Defendants shall file an opposition to that motion by no later than February 20, 2025; it is further

**ORDERED** that Plaintiffs shall file a reply, if any, by no later than February 25, 2025; it is further

**ORDERED** that the parties shall appear for a hearing on that motion on February [DATE], 2025, at [TIME]; it is further

**ORDERED** that for a period of time beginning with the entry of this Order, and expiring at 9:00 a.m. Eastern on February 28, 2025, or upon entry of a contrary order by this Court, Defendants, their officers, agents, servants, employees, and attorneys will not:

2

(1) transfer money from the Consumer Financial Protection Bureau's reserve funds, other than to satisfy the ordinary operating obligations of the Bureau; (2) relinquish control or ownership of the Bureau's reserve funds nor grant control or ownership of the Bureau's reserve funds to any other entity; (3) return any money from the Bureau's reserve funds to the Federal Reserve or the Department of Treasury; or (4) otherwise take steps to reduce the amount of money available to the Bureau below the amount available as of February 13, 2025, other than to satisfy the ordinary operating obligations of the Bureau; and it is further

**ORDERED** that those obligations apply to any successor occupying Acting Director Vought's position, including any officer otherwise exercising the powers of the Director of the Consumer Financial Protection Bureau.

**SO ORDERED**.

Dated: February ____, 2025

_____
THE HON. ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE