IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,**

    Plaintiffs,

  v.

**CONSUMER FINANCIAL PROTTECTION BUREAU, et al.,**

    Defendants.

Case No. 1:25-cv-00458-ABA

## NOTICE OF APPEARANCE

Please ENTER the appearance of Assistant United States Attorney Beatrice Thomas as counsel for Defendants in the instant action.

Respectfully submitted,

Philip A. Selden
Acting United States Attorney

*/s/ Beatrice Thomas*
Beatrice C. Thomas (Bar number: 21969)
Assistant U.S. Attorney, District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
beatrice.thomas@usdoj.gov
(410) 209-4848

## CERTIFICATE OF SERVICE

I certify that on this 14 day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

                                        */s/*
                                  Beatrice C. Thomas