UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7750

## LETTER ORDER

Date: February 14, 2025
To: Counsel of Record
Subject: *Mayor and City Council of Baltimore et al. v. Vought et al.*, Civil No.: 25-458-ABA

Dear Counsel,

    This case was filed on Wednesday, February 12, along with a motion for a temporary restraining order. ECF Nos. 1, 8. In another case filed in this Court and assigned to me, *Nat'l Assoc. of Diversity Officers in Higher Ed. et al. v. Trump et al.*, Civil No. 25-333-ABA, a motion for a temporary restraining order and preliminary injunction was also filed yesterday, February 13. ECF No. 27.

    As I reported to you on the call this morning, Judge Matthew J. Maddox is chambers judge this week. In light of the concurrence of the preliminary injunction/temporary restraining order requests in the two cases, and further because I will be unavailable during the time period in which the parties are requesting a preliminary injunction hearing in this case, *see* ECF No. 17 at 3, this (later-filed) case will be reassigned to Judge Maddox.

    Please be in contact directly with Judge Maddox's chambers regarding this case going forward.

    The Clerk is hereby DIRECTED to reassign this case to Judge Maddox.

Sincerely,

Adam B. Abelson
United States District Judge