IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mayor & City Council of Baltimore                    *

**Plaintiff,**
                                                     *
v.                                                        Case No. 25-cv-00458
                                                     *
Consumer Financial Protection Bureau
                                                     *
**Defendant.**

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   amicus curiae State of New York

I certify that I am admitted to practice in this Court.

**February 19, 2025**                                */s/ Andrea Trento*
Date                                                 Signature

                                                     Andrea W. Trento (D. Md. Bar No. 28816)
                                                     Printed name and bar number

                                                     28 Liberty St., New York, NY 10005
                                                     Address

                                                     **andrea.trento@ag.ny.gov**
                                                     Email address

                                                     (212) 416-8656
                                                     Telephone number

                                                     (212) 416-6350
                                                     Fax number

EntryofAppearanceCivil (08/2015)