IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) Case No. 25-cv-458-MJM |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.* | ) ) ) ) |
| *Defendants*. | ) ) |

### NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Liam C. Holland of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of the Defendants in the above-captioned matter.

Dated: February 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

 */s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Attorneys for Defendants*