UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>*Defendants*. | Case No. 25-cv-458-MJM |

## [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that, while this case remains pending, Defendants, their officers, agents, servants, employees, and attorneys are **ENJOINED** from (1) transferring money from the CFPB's balance of unobligated funds, other than to satisfy the ordinary operating obligations of the CFPB; (2) relinquishing control or ownership of the CFPB's balance of unobligated funds to any other entity; (3) transferring any money from the CFPB's balance of unobligated funds to the Federal Reserve or the Department of Treasury; or (4) otherwise taking any steps to reduce the amount of money available to the CFPB below the amount available as of February 13, 2025, other than to satisfy the ordinary operating obligations of the CFPB; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706; and it is further

**ORDERED** that any bond pursuant to Federal Rule of Civil Procedure 65(c) is waived.

**SO ORDERED**.

Dated: February ____, 2025

_____
THE HON. MATTHEW J. MADDOX
UNITED STATES DISTRICT JUDGE