UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
BALTIMORE, et al.,

*Plaintiffs*,

v.

CONSUMER FINANCIAL
PROTECTION BUREAU, et al.,

*Defendants*.

Case No. 25-cv-458-MJM

## ORDER GRANTING
## JOINT MOTION FOR BRIEFING SCHEDULE

Upon consideration of the parties' joint motion for briefing schedule dated February 13, 2025, it is hereby

**ORDERED** that the motion (ECF 17) is **GRANTED** *nunc pro tunc*; it is further

**ORDERED** that this Court shall construe Plaintiffs' motion for a temporary restraining order (ECF 8) as one for preliminary injunction; it is further

**ORDERED** that the parties shall appear for a hearing on that motion on February 26, 2025, at 10:00 a.m., in Courtroom 1A; it is further

**ORDERED** that for a period of time beginning on February 13, 2025, and expiring at 9:00 a.m. Eastern on February 28, 2025, or upon entry of a contrary order by this Court, Defendants, their officers, agents, servants, employees, and attorneys will not:

2

(1) transfer money from the Consumer Financial Protection Bureau's reserve funds, other than to satisfy the ordinary operating obligations of the Bureau; (2) relinquish control or ownership of the Bureau's reserve funds nor grant control or ownership of the Bureau's reserve funds to any other entity; (3) return any money from the Bureau's reserve funds to the Federal Reserve or the Department of Treasury; or (4) otherwise take steps to reduce the amount of money available to the Bureau below the amount available as of February 13, 2025, other than to satisfy the ordinary operating obligations of the Bureau; and it is further

**ORDERED** that those obligations apply to any successor occupying Acting Director Vought's position, including any officer otherwise exercising the powers of the Director of the Consumer Financial Protection Bureau.

**SO ORDERED**.

Dated:  February 25, 2025

/S/
_____
THE HON. MATTHEW J. MADDOX
UNITED STATES DISTRICT JUDGE