UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> *Defendants*. | Case No. 25-cv-458-MJM |

## NOTICE OF APPEARANCE

Please enter the appearance of Abigail Stout, U.S. Department of Justice, Civil Division, as counsel for all Defendants in this case.

Dated: February 25, 2025

Respectfully submitted,

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

BRAD P. ROSENBERG
*Special Counsel*

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202)514-2000
Email: abigail.Stout@usdoj.gov

*Attorney for Defendants*

1