IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MAYOR AND CITY COUNCIL OF
BALTIMORE, et. al.,**                                *

    **Plaintiffs,**                                        *

    v.                                                               *          CIVIL NO. MJM 25-cv-458

**CONSUMER FINANCIAL
PROTECTION BUREAU, et al.,**              *

    **Defendants.**
                                                              *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Today, without seeking leave, Plaintiffs filed a notice attaching declarations in supplemental support of their pending motion for preliminary injunction. ECF No. 36. In its discretion, the Court will accept the filing and give Defendants an opportunity to respond. The stipulated temporary restraining order shall be extended for fourteen (14) days.

Accordingly, it is hereby

ORDERED that Defendants shall file any response to Plaintiffs' notice and supplemental declarations (ECF No. 36) no later than March 6, 2025; and it is further

ORDERED that the following provisions of the Court's prior Order (ECF No. 32) shall remain in effect and expire on March 14, 2025, at 9:00 a.m., unless and until the Court enters another Order vacating or extending it:

(A)    Defendants, their officers, agents, servants, employees, and attorneys will not: (1) transfer money from the Consumer Financial Protection Bureau's reserve funds, other than to satisfy the ordinary operating obligations of the Bureau; (2) relinquish control or ownership of the Bureau's reserve funds nor grant control or ownership of the

    Bureau's reserve funds to any other entity; (3) return any money from the Bureau's reserve funds to the Federal Reserve or the Department of Treasury; or (4) otherwise take steps to reduce the amount of money available to the Bureau below the amount available as of February 13, 2025, other than to satisfy the ordinary operating obligations of the Bureau.

(B)    The foregoing obligations apply to any successor occupying Acting Director Vought's position, including any officer otherwise exercising the powers of the Director of the Consumer Financial Protection Bureau.

Date:   2/28/25

/S/
Matthew J. Maddox
United States District Judge