IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00458-MJM |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

Pursuant to Federal Rule of Civil Procedure 7(b), Plaintiffs Mayor and City Council of Baltimore and Economic Action Maryland Fund respectfully move for leave to file a supplemental declaration for the Court's consideration. As set forth in the accompanying memorandum, this supplemental declaration will aid the Court in its consideration of Plaintiffs' pending motion for a preliminary injunction.

Dated: March 2, 2025

Respectfully submitted,

<u>/s/ *Mark B. Samburg*</u>

Mark B. Samburg
Kevin E. Friedl*
Jessica Anne Morton*
Daniel McGrath*
J. Sterling Moore*
Robin F. Thurston*
Skye L. Perryman*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org
kfriedl@democracyforward.org
jmorton@democracyforward.org
dmcgrath@democracyforward.org
smoore@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

2