IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00458-MJM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

Upon consideration of Plaintiffs' motion for leave to file supplemental declaration, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date: March __, 2025

                                                                                                  _____
                                                                                                  Matthew J. Maddox
                                                                                                  United States District Judge