# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00458-MJM |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

Upon consideration of Plaintiffs' motion for leave to file supplemental declaration, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date: March 3, 2025

/S/
Matthew J. Maddox
United States District Judge