IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF
BALTIMORE, *et al.*,

*Plaintiffs*,

vs.

CONSUMER FINANCIAL
PROTECTION BUREAU, *et al.*,

*Defendants*.

Case No. 1:25-cv-00458-MJM

---

ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT

Upon consideration of Plaintiffs' motion for leave to file supplemental exhibit, it is hereby

ORDERED that the motion is GRANTED.

SO ORDERED.

Date: March 6, 2025

/S/
_____
Matthew J. Maddox
United States District Judge