IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00458-MJM |

**MOTION FOR LEAVE TO FILE REPLY**

Plaintiffs Mayor and City Council of Baltimore and Economic Action Maryland Fund respectfully request that this Court grant them leave to file a short reply to Defendants' Response to Plaintiffs' Notice and Supplemental Declarations. As set forth more fully in the attached memorandum, that document did not merely respond to the additional factual material Plaintiffs submitted into the record but also included what is effectively a surreply to Plaintiffs' motion for a preliminary injunction. Plaintiffs therefore merit the opportunity to briefly respond to Defendants' new or expanded legal arguments.

Dated: March 7, 2025                     Respectfully submitted,

<u>/s/ *Mark B. Samburg*</u>

Mark B. Samburg
Kevin E. Friedl\*
Jessica Anne Morton\*
Daniel McGrath\*
J. Sterling Moore\*
Robin F. Thurston\*
Skye L. Perryman\*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
msamburg@democracyforward.org
kfriedl@democracyforward.org
jmorton@democracyforward.org
dmcgrath@democracyforward.org
smoore@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

\*Admitted *pro hac vice*