# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE**, *et al.*, | \* \* \* \* |
| **Plaintiffs,** | \* |
|  | \*  Civ. No. MJM-25-458 |
| v. | \* \* |
| **CONSUMER FINANCIAL PROTECTION BUREAU**, *et al.*, | \* \* \* |
| **Defendants.** | \* \* |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum, it is by the United States District Court for the District of Maryland, hereby

ORDERED that plaintiffs Mayor and City Council of Baltimore and Economic Action Maryland Fund's (collectively, "Plaintiffs") motion for leave to file a supplemental reply (ECF No. 44) is GRANTED; and it is further

ORDERED that Plaintiffs' motion for a temporary restraining order, construed as a motion for a preliminary injunction, (ECF No. 8) is DENIED.

It is so ORDERED this 14th day of March, 2025.

/S/
Matthew J. Maddox
United States District Judge